UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| MAURICE MORRIS ) | CASE NUMBER A18-53497-JRS |
| ) | |
| **DEBTOR** ) | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor's Plan will exceed sixty months by one (1) months in violation of 11 U.S.C. 1322(d)(2)(C) and 11 U.S.C. 1307(c).

3.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 1/9/2019 the Trustee received a total of $9,533.14. The Trustee's records indicate the amount delinquent is $5,711.86. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 14th day of January, 2019.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

Case 18-53497-jrs    Doc 34    Filed 01/14/19    Entered 01/14/19 10:22:45    Desc Main
Document      Page 2 of 6

# EXHIBIT "A"

CASE NO: A18-53497-JRS                                                       01/09/2019
MAURICE MORRIS

## RECEIPT HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| January 09, 2019 | EMPH | 6787939 | $176.54 |
| January 02, 2019 | EMPH | 6784104 | $176.54 |
| December 28, 2018 | EMPH | 6779444 | $176.54 |
| December 26, 2018 | EMPH | 6775767 | $176.54 |
| December 19, 2018 | EMPH | 6771525 | $176.54 |
| December 10, 2018 | EMPH | 6765914 | $176.54 |
| December 03, 2018 | EMPH | 6761946 | $176.54 |
| November 27, 2018 | EMPH | 6758348 | $176.54 |
| November 16, 2018 | EMPH | 6752752 | $176.54 |
| November 14, 2018 | EMPH | 6748909 | $176.54 |
| November 01, 2018 | EMPH | 6743468 | $176.54 |
| October 25, 2018 | EMPH | 6738449 | $176.54 |
| October 17, 2018 | EMPH | 6734091 | $176.54 |
| October 11, 2018 | EMPH | 6729617 | $176.54 |
| October 04, 2018 | EMPH | 6725002 | $176.54 |
| October 02, 2018 | EMPH | 6720777 | $176.54 |
| September 24, 2018 | EMPH | 6716461 | $176.54 |
| September 14, 2018 | EMPH | 6712438 | $176.54 |
| September 12, 2018 | EMPH | 6709344 | $176.54 |
| August 30, 2018 | EMPH | 6705625 | $176.54 |
| August 24, 2018 | EMPH | 6699163 | $176.54 |
| August 15, 2018 | EMPH | 6695142 | $176.54 |
| August 10, 2018 | EMPH | 6690157 | $176.54 |
| August 02, 2018 | EMPH | 6685888 | $176.54 |
| July 12, 2018 | EMPH | 6670617 | $176.54 |
| July 06, 2018 | EMPH | 6667040 | $176.54 |
| June 27, 2018 | EMPH | 6662249 | $176.54 |
| June 19, 2018 | EMPH | 6656817 | $176.54 |
| June 13, 2018 | EMPH | 6652852 | $176.54 |
| June 08, 2018 | EMPH | 6648136 | $176.54 |
| June 08, 2018 | EMPH | 6645545 | $176.54 |
| June 04, 2018 | PCH | 1606 | $765.00 |
| May 24, 2018 | EMPH | 6640915 | $176.54 |
| May 18, 2018 | EMPH | 6635869 | $176.54 |
| May 10, 2018 | EMPH | 6631863 | $176.54 |
| May 03, 2018 | EMPH | 6627145 | $176.54 |

# EXHIBIT "A"

CASE NO:    A18-53497-JRS                                          01/09/2019
MAURICE MORRIS

## RECEIPT HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| May 02, 2018 | PCH | 1605 | $765.00 |
| April 27, 2018 | EMPH | 6622893 | $176.54 |
| April 25, 2018 | EMPH | 6609497 | $176.54 |
| April 19, 2018 | EMPH | 6618217 | $176.54 |
| April 11, 2018 | EMPH | 6613766 | $176.54 |
| April 03, 2018 | PCH | 1603 | $765.00 |
| April 03, 2018 | EMPH | 6604895 | $176.54 |
| March 23, 2018 | EMPH | 6600108 | $176.54 |
| | | **Receipt Total:** | **$9,533.14** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>**MAURICE MORRIS**<br><br>**DEBTOR** | ) CHAPTER 13<br>) CASE NUMBER A18-53497-JRS<br>)<br>) |

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **February 12, 2019** at **9:30 am in Courtroom 1404, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA. 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 14th day of January, 2019.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## CERTIFICATE OF SERVICE

Case No: A18-53497-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
MAURICE MORRIS
120 HIGHGATE TRAIL
COVINGTON, GA  30016

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Motion to Dismiss through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 14th day of January, 2019.

/s/_____
   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201